No. 6,535.—PEDRO CALINI, APPELLANT, *v.* THREE FORKS PORTLAND CEMENT CO., RESPONDENT.

Decided September 26, 1929.

PER CURIAM.—Pursuant to motion of counsel for appellant, the appeal herein is dismissed.

*Mr. E. G. Toomey,* for Appellant.

*Mr. Roy M. Keister* and *Mr. D. Gay Stivers,* for Respondent.